TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DAVID P. SAVEL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.savel@usdoj.gov
Attorneys for Plaintiff

FILED
2025 APR 23 PM 12: 24
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-01981 TUC-AMM(EJM)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Aubree Raychael Geremia,<br>　　(Counts 1-2)<br><br>　　　　　Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens for Profit)<br>**Count 1**<br><br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Transportation of Illegal Aliens for Profit)<br>**Counts 2** |

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about March 30, 2025, in the District of Arizona, Aubree Raychael Geremia, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 2

On or about March 30, 2025, in the District of Arizona, Aubree Raychael Geremia, knowing and in reckless disregard of the fact that an alien, Catarina Chan, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: April 23, 2025

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
DAVID P. SAVEL
Assistant U.S. Attorney